IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH MCQUADE,
    Plaintiff,

vs.                                    CASE NO.: 3:04cv170/RV/MD

STATE OF FLORIDA, et al.,
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 24, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. Defendant Sheriff McNesby's motion to dismiss (doc. 35) is GRANTED, all of plaintiff's claims against this defendant are DISMISSED with prejudice, and the clerk is directed to enter judgment in favor of this defendant.

    2. Defendants State of Florida, Governor Bush, Former Secretary Kearney, Former Secretary Regier and DCF Secretary Hadi's motion to dismiss (doc. 48) is GRANTED, all of plaintiff's claims against these defendants are DISMISSED with prejudice, and the clerk is directed to enter judgment in favor of each of these defendants.

3.  Defendant Deputy Sudduth's motion for summary judgment (doc. 50) is GRANTED, and the clerk is directed to enter judgment in favor of Defendant Deputy Sudduth on all of plaintiff's claims.

4.  Defendants Former Chief Park Ranger Tomasovic, Chief Park Ranger Lee, and Park Ranger Hughes' answer requesting dismissal (doc. 55), construed as a motion to dismiss, is GRANTED IN PART as follows:

   a.  All of plaintiff's claims against Defendants Tomasovic and Lee are DISMISSED with prejudice, and

   b.  Plaintiff's damages claims against Defendant Hughes in his official capacity are DISMISSED with prejudice

and the clerk is directed to enter judgment accordingly.

5.  Plaintiff's claim under the Declaratory Judgment Act is DISMISSED with prejudice.

6.  This matter is remanded to the magistrate judge for further proceedings on plaintiff's damages claims against Defendant Park Ranger Hughes in his individual capacity.

DONE AND ORDERED this 14th day of December, 2005.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE