IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUTH MCQUADE,**
 **Plaintiff,**

**vs.**         **3:04cv170/RV/MD**

**STATE OF FLORIDA, et al.,**
 **Defendants.**

_____

### O R D E R

 Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 31, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

 Accordingly, it is now ORDERED as follows:

 1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

 2. The defendant Park Ranger Hughes' motion for summary judgment (doc. 74), as supplemented (doc. 83) is GRANTED and the clerk is directed to enter judgment in favor of this defendant and against the plaintiff.

 3. The clerk is directed to close the file.

 DONE AND ORDERED this 30th day of June, 2006.

         /s/ *Roger Vinson*
         **ROGER VINSON**
         **SENIOR UNITED STATES DISTRICT JUDGE**